[No. 34248-1-II.   Division Two.   April 10, 2007.]

*In the Matter of the Marriage of* DEBORAH K. FALK-ROVANG, *Respondent*, and W. DAVID ROVANG, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 05-2-01012-0, Anne L. Hirsch, J. Pro Tem., entered December 14, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 34325-8-II.   Division Two.   April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-02056-5, Robert L. Harris, J., entered January 5, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34362-2-II.   Division Two.   April 10, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. CLYDE LEROY WALSH, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01211-9, Russell W. Hartman, J., entered December 30, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 34401-7-II.   Division Two.   April 10, 2007.]

RICHARD JOHNSON ET AL., *Appellants*, v. UP CLOSE HOME INSPECTION, LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-01944-2, Richard A. Strophy, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.